**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00874-CR

**DAMON JAMES WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30651-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 11, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 26, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 11, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
       JUSTICE